ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JASON K. AXE (SBN 187101)
DONALD W. YOO (SBN 227679)
Assistant United States Attorneys
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8827/3994
    Facsimile: (213) 894-7819
    Email: jason.axe@usdoj.gov
            donald.yoo@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY LaHOOD, Secretary of the U.S. Department of Transportation,<br><br>    Plaintiff,<br><br>vs.<br><br>TIERRA SANTA, INC., a California corporation; and CAYETANO MARTINEZ, an individual,<br><br>    Defendants. | Case No.: CV10-1659 SJO AJWx<br><br>[PROPOSED] ORDER ON CONSENT DECREE |

    Having reviewed the terms of the Consent Decree entered between Plaintiff Ray LaHood, Secretary of the U.S. Department of Transportation ("the Secretary"), and Cayetano Martinez ("Martinez") and Tierra Santa, Inc., along with its shareholders, owners, officers, and members (collectively "Tierra Santa," and with

Martinez, "Defendants"), for the purpose of resolving the issues raised between the Secretary and the Defendants by the above-captioned case, and good cause appearing, it is hereby ORDERED, ADJUDICATED and DECREED as follows:

1. Martinez and Tierra Santa, their officers, agents, servants, employees, and attorneys, and persons with whom they are in active concert or participation, are enjoined from operating any commercial motor vehicle in interstate or foreign commerce that requires operating authority registration in accordance with 49 U.S.C. § 13901 unless and until Martinez or Tierra Santa obtain valid operating authority from FMCSA. Martinez and Tierra Santa are further enjoined from contracting with or arranging for additional transportation of passengers unless the contracted motor carrier possesses valid operating authority registration from the Federal Motor Carrier Safety Administration ("FMCSA").

2. This Consent Decree resolves only the Secretary's claims for declaratory or injunctive relief in the above-captioned action and is without prejudice to any rights the Secretary has against Defendants with respect to matters not expressly provided for herein. This Consent Decree does not resolve any other past, present, or future disputes between the Parties, including but not limited to proceedings for civil penalties for violations of Federal motor carrier statutes and regulations, and does not restrict the Secretary from taking any future action pursuant to his lawful authority to enforce Federal motor carrier statutes and regulations.

3. This Consent Decree is binding upon the Parties as of the date it is signed by the Parties.

4. This Consent Decree becomes an Order of the Court on the date it is approved.

5. If any provision of this Consent Decree is determined to be invalid or unenforceable for any reason, then such provision shall be treated as severed from the remainder of the Consent Decree and shall not affect the validity and enforceability of any of its other provisions, as long as such severance does not materially change

-3-

the Parties' rights and obligations.

6. This Court shall retain jurisdiction over this matter for the purpose of interpreting and enforcing the terms of this Consent Decree.

7. Each of the Parties to this Consent Decree shall bear its/his own fees and costs.

DATED: 3/6/10
3:29 pm

_____
U.S. DISTRICT COURT JUDGE
GEORGE H. KING